**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DESTINY JAMES,
On Behalf of A.K.S.,

                Plaintiff,                        19 **CIVIL** 3193 (RA) (OTW)

-v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 2, 2019, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           December 3, 2019

                                                      RUBY J. KRAJICK
                                                        Clerk of Court
                                              BY:
                                                          Deputy Clerk

                                              THIS DOCUMENT WAS ENTERED
                                              ON THE DOCKET ON 12/3/2019